I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10·9·12

DEPUTY CLERK

JS-6 Entered

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOSEPH CAVANAGH, <br><br> Petitioner, <br><br> vs. <br><br> DIRECTOR, VENTURA COUNTY PROBATION, <br><br> Respondent. | Case No. CV 12-6712-R (RNB) <br><br> **JUDGMENT** |

In accordance with the Order Denying Petitioner's Stay and Abeyance Request and Summarily Dismissing Petition for Writ of Habeas Corpus without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: Oct. 4, 2012

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE