JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PETER JOSEPH CAVANAGH,

    Petitioner,

vs.

DIRECTOR, VENTURA COUNTY PROBATION,

    Respondent.

Case No. CV 12-6712-R (RNB)

**JUDGMENT**

    In accordance with the Order Denying Petitioner's Stay and Abeyance Request and Summarily Dismissing Petition for Writ of Habeas Corpus without Prejudice filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: Oct. 4, 2012

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE